

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00284-CV

CHARLES H. SMITH, M.D. AND
CARDIOVASCULAR SURGERY OF
BRAZOS VALLEY,

                                                      Appellants

 v.

JAMES MEADOWS AND
CYNTHIA MEADOWS,

                                                      Appellees

From the 361st District Court
Brazos County, Texas
Trial Court No. 14-002596-CV-361

## MEMORANDUM OPINION

Appellants Charles H. Smith, M.D. and Cardiovascular Surgery of Brazos Valley appealed the trial court's interlocutory order denying appellants' motion to dismiss pursuant to Texas Civil Practice and Remedies Code section 74.351(b). They now file a motion to dismiss their appeal, citing that the parties successfully mediated their disputes, and thus, the appeal is moot.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Opinion delivered and filed October 15, 2015
[CV06]

